SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HealthNOW Medical Center, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2**; ORDER<br><br>Hearing Date: To Be Renoticed.<br>Time:<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 6-2, Plaintiff HealthNOW Medical Center, Inc. ("HealthNOW") and Defendant State Farm General Insurance Company ("State Farm") hereby stipulate and jointly request that the Court enter an Order extending the time for filing an Opposition to, and Reply in support of, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint pursuant to FRCP 12(b)(6), filed on July 6th, 2020 ("Motion to Dismiss"). Dkt. No. 6.

The Parties stipulate and agree that Plaintiff's time to oppose Defendants' motion to dismiss is extended up to and including September 21st, 2020, and Defendants' time to reply in support of their motion to dismiss is extended up to and including October 13th, 2020. This stipulation does not alter any other date, or any event or deadline already fixed by Court order or rule. The reasons for the request are set forth in the attached Declaration of Michael Indrajana.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: July 31, 2020        PACIFIC LAW PARTNERS, LLP

By: /s/ Sandra E. Stone
    Sandra E. Stone

*Counsel for Defendant,*
STATE FARM GENERAL INSURANCE COMPANY

DATED: July 31, 2020        SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION COMPANY

By: /s/ Sanjiv N. Singh
    Sanjiv N. Singh

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: /s/ Michael B. Indrajana
    Michael B. Indrajana

*Counsel for Plaintiff,* HEALTHNOW MEDICAL CENTER, INC.

**ORDER**

1. 
2. PURSUANT TO STIPULATION, IT IS SO ORDERED.
3. 
4. 
5. DATE: __8/4/2020__
6. 
   The Honorable Haywood S. Gilliam, Jr.
   United States District Judge

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]