1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HealthNOW Medical Center, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEALTHNOW MEDICAL CENTER, INC.**, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**STATE FARM GENERAL INSURANCE COMPANY**, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>**PLAINTIFF'S UNOPPOSED[1] EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF REQUESTING COURT FOR EXTENSION ON BRIEFING SCHEDULE PURSUANT TO CIVIL L. R. 7-11 AND L. R. 6-3**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

---

[1] See Declaration of Sanjiv N. Singh ("Singh Decl.") at ¶ 1.

1

2

## ADMINISTRATIVE MOTION FOR RELIEF REQUESTING THE COURT FOR CLARIFICATION

3   Please take note that by this Motion and Pursuant to Civil L.R. 7-11 and L.R. 6-3,

4   Plaintiff HealthNOW Medical Center, Inc. ("HealthNOW") brings this unopposed

5   administrative motion for relief requesting: (1) a new hearing date on Defendant's motion to

6   dismiss, and (2) an extension on the current briefing schedule and confirming with the Court

7   the new hearing date to be re-noticed.

8   1.      On July 6th, 2020, Defendant State Farm General Insurance Company ("State

9   Farm") filed a motion to dismiss the Complaint in this action pursuant to Rule 12(b)(6). See

10   Dkt. 6. On the same day, Defendant filed a similar motion to dismiss in *Karen Trinh, DDS, Inc.*

11   *v. State Farm General Insurance Company*, Case No. 5:20-cv-04265-BLF (the "Trinh Matter")

12   pending before the Hon. Judge Beth Labson Freeman. See *Karen Trinh, DDS, Inc.* Dkt. No. 7.

13   Singh Decl. at ¶ 3.

14   2.      The parties had previously stipulated and agreed pursuant to Civ. L.R. 6-2 to

15   extend the time for the following briefing schedule on July 13th, 2020: Under that original

16   stipulation, which did not require court approval, Plaintiff's opposition to the motion is

17   currently due on August 10th, 2020, and Defendants' reply to the opposition is due on August

18   25th, 2020. See Dkt. 9. Singh Decl. at ¶ 4.

19   3.      On July 14th, 2020, the case was reassigned to Judge Haywood S. Gilliam, Jr.

20   after the parties filed their declination to proceed before a U.S. Magistrate Judge, and the Court

21   ordered the motion to be re-noticed by State Farm. See Dkts. 10-14. Singh Decl. at ¶ 5.

22   4.      On July 27th, 2020, State Farm filed an administrative motion to consider this

23   case and the Trinh Matter before Judge Freeman related. Defendant State Farm made the

24   decision to wait to re-notice Defendant's motion to dismiss before Judge Gilliam pending

25   resolution of the Trinh Matter's administrative motion. Singh Decl. at ¶ 6.

26   5.      On August 3rd, 2020, Judge Freeman denied Defendant's administrative motion

27   to deem the cases related. See Trinh Dkt. 20. Unfortunately, Defendant State Farm has not been

28

1    able to renotice the motion as of today due to their lead counsel being on leave until August

2    10th, 2020. Singh Decl. at ¶ 7.

3         6.    During that time, it became apparent that a further extension would be needed

4    given the number of motions being filed by other insurers in cases involving Plaintiff's

5    counsel, the complexity of issues in these important and historic cases, counsel schedule, and

6    other factors. Specifically, the parties had agreed and stipulated that Plaintiff's time to oppose

7    Defendant's motion to dismiss should be extended up to and including September 21st, 2020,

8    and Defendants' time to reply in support of their motion to dismiss should be extended up to

9    and including October 13th, 2020. The Parties subsequently filed a stipulated request for order

10   changing time and order pursuant to Civil L. R. 6-2 on August 3rd, 2020. See Dkt. 17.

11   *Defendant did not re-notice their hearing in front of Judge Gilliam at the time this stipulation*

12   *was filed because the motion to deem the cases related was not decided upon—it was*

13   *subsequently denied.* Singh Decl. at ¶ 8.

14        7.    On August 4th, 2020, this Court filed an order denying the stipulated request.

15   See Dkt. 18. The Court did not indicate the reason why the order was denied, but the parties

16   suspect the Court appropriately found the stipulation incomplete as there was no hearing date

17   and as such no chance for the Court to evaluate the reasonableness of the briefing schedule

18   relative to the hearing date.  The parties apologize to the Court for this confusion. Singh Decl.

19   at ¶ 9.

20        8.    As it stands, the August 10th, 2020 deadline for filing the opposition brief is

21   unduly burdensome for the following reasons:

22             a.   The complexity of the issues, the number of related motions before other

23                  judges, and the volume of case law required to analyze the issues

24                  (including case law spanning multiple circuits) requires extended briefing

25                  time. Singh Decl. at ¶ 10(a).

26             b.   The ongoing pandemic situation affecting the country and the state has

27                  been universally disruptive to normal operation of human activities,

28   PLAINTIFF'S UNOPPOSED EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF REQUESTING COURT
     FOR EXTENSION ON BRIEFING SCHEDULE PURSUANT TO CIVIL L. R. 7-11 AND L.R. 6-3
     CASE NO.: 4:20-CV-04340-HSG

1   including legal practice. As such, the normal court deadlines would create

2   undue hardship to the Parties when attorneys and staff members have to

3   resort to working remotely from home to comply with State and County

4   health orders. Singh Decl. at ¶ 10(b).

5      c. Counselor Singh, who is lead trial counsel in multiple pending business

6   interruption cases including this State Farm case before Judge Gilliam and

7   the State Farm matter (Trinh Matter) before Judge Freeman is

8   unfortunately and coincidentally now also dealing with an intensively

9   personal, urgent family health situation where a very ill elderly immediate

10   family member is currently being hospitalized, and is scheduled to be

11   discharged on Monday, August 10th, 2020, the same date of the

12   Opposition Brief filing deadline.  Counselor Singh is the DPOA, Co-

13   Trustee, and responsible family member for this elderly patient and will

14   be required to coordinate intensive discharge planning, family meetings,

15   etc. during this time period. Singh Decl. at ¶ 10(c).

16      d. Counselor Singh is also scheduled to defend a long awaited noticed

17   deposition of a critical witness on another matter for Monday, August

18   10th, 2020, on the day the Opposition Brief is due, in a matter that has

19   been delayed going to trial, is due to go to trial later in the year, and

20   where the deposition has been set for some time. Singh Decl. at ¶ 10(d).

21        Given the reasons stated above, the Parties have stipulated to and request of the Court

22   an order authorizing the following:

23      a. Defendant renotice the hearing for the pending motion to dismiss on November 12,

24   2020 at 2:00PM which appears open on the Court's calendar or a later date.

25      b. The Court approves a scheduling order for a revised briefing schedule as follows:

26         a. that Plaintiff's time to oppose Defendants' motion to dismiss is extended up

27   to and including September 21st, 2020.

28

b. Defendants' time to reply in support of their motion to dismiss is extended up to and including October 13th, 2020.

c. This new scheduling order requested does not alter any other date, or any event or deadline already fixed by Court order or rule. Counselor Singh has obtained similar stipulations approved by other Courts in the following matters:

    i. *Karen Trinh, DDS., Inc. v. State Farm General Insurance Company*, Case No. 5:20-cv-04265-BLF;

    ii. *Founder Institute Incorporated v. Hartford Fire Insurance Company, et al.*, Case No. 3:20-cv-04466-VC.

## **CONCLUSION**

The Parties request that the Court therefore grant this administrative motion. A Proposed order confirming the renoticed hearing date and new briefing schedule is attached.

DATED:  August 5, 2020

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION COMPANY

By: /s/ Sanjiv N. Singh
    Sanjiv N. Singh

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: /s/ Michael B. Indrajana
    Michael B. Indrajana

*Counsel for Plaintiff,* HEALTHNOW MEDICAL CENTER, INC.