**DECLARATION OF SANJIV N. SINGH**

I, Sanjiv N. Singh, declare as follows:

1. I am a member in good standing of the California State Bar and the principal attorney at Sanjiv N. Singh, a PLC, lead trial counsel for Plaintiff HealthNOW Medical Center Inc. ("HealthNOW"), in this action. I make this declaration based on my personal knowledge, and if called to testify to the contents thereof, I could and would competently do so. I met and conferred with one of Defendant State Farm's counsel in this matter, Jenny Chu. She confirmed in writing as of 7:33 PM today on August 5th, 2020 that there is no opposition to this motion.

2. I am also lead trial counsel for another matter titled *Karen Trinh, DDS, Inc. v. State Farm General Insurance Company*, Case No. 5:20-cv-04265-BLF (the "Trinh Matter") also currently pending before the Hon. Judge Beth Labson Freeman.

3. On July 6th, 2020, Defendant State Farm General Insurance Company ("State Farm") filed a motion to dismiss the Complaint in this action pursuant to Rule 12(b)(6). See Dkt. 6. On the same day, Defendant filed a similar motion to dismiss in *Karen Trinh, DDS, Inc. v. State Farm General Insurance Company*, Case No. 5:20-cv-04265-BLF (the "Trinh Matter") pending before the Hon. Judge Beth Labson Freeman. See *Karen Trinh, DDS, Inc.* Dkt. No. 7.

4. The parties had previously stipulated and agreed pursuant to Civ. L.R. 6-2 to extend the time for the following briefing schedule on July 13th, 2020: Under that original stipulation, which did not require court approval, Plaintiff's opposition to the motion is currently due on August 10th, 2020, and Defendants' reply to the opposition is due on August 25th, 2020. See Dkt. 9.

5. On July 14th, 2020, the case was reassigned to Judge Haywood S. Gilliam, Jr. after the parties filed their declination to proceed before a U.S. Magistrate Judge, and the Court ordered the motion to be re-noticed by State Farm. See Dkts. 10-14.

6. On July 27th, 2020, State Farm filed an administrative motion to consider this case and the Trinh Matter before Judge Freeman related. Defendant State Farm made the decision to wait to re-notice Defendant's motion to dismiss before Judge Gilliam pending resolution of the Trinh Matter's administrative motion.

7. On August 3rd, 2020, Judge Freeman denied Defendant's administrative motion to deem the cases related. See Trinh Dkt. 20. Unfortunately, State Farm informed me that their lead counsel is on leave until August 10th, 2020, and thus they cannot physically renotice the hearing tonight.

8. During that time, it became apparent that a further extension would be needed given the number of motions being filed by other insurers in cases involving Plaintiff's counsel, the complexity of issues in these important and historic cases, counsel schedule, and other factors. Specifically, the parties had agreed and stipulated that Plaintiff's time to oppose Defendant's motion to dismiss should be extended up to and including September 21st, 2020, and Defendants' time to reply in support of their motion to dismiss should be extended up to and including October 13th, 2020. The Parties subsequently filed a stipulated request for order changing time and order pursuant to Civil L. R. 6-2 on August 3rd, 2020. See Dkt. 17. *Defendant did not re-notice their hearing in front of Judge Gilliam at the time this stipulation was filed because the motion to deem the cases related and have them heard before Judge Freeman was not decided upon—it was subsequently denied.*

9. On August 4th, 2020, this Court filed an order denying the stipulated request. See Dkt. 18. The Court did not indicate the reason why the order was denied, but the parties suspect the Court appropriately found the stipulation incomplete as there was no hearing date and as such no chance for the Court to evaluate the reasonableness of the briefing schedule relative to the hearing date.  The parties apologize to the Court for this confusion.

10. As it stands, the August 10th, 2020 deadline for replying to the opposition brief is unduly burdensome for the following reasons:

   a. The complexity of the issues, the number of related motions before other judges, and the volume of case law required to analyze the issues (including case law spanning multiple circuits) requires extended briefing time.

   b. The ongoing pandemic situation affecting the country and the state has been universally disruptive to normal operation of human activities,

       including legal practice. As such, the normal court deadlines would create undue hardship to the Parties when attorneys and staff members have to resort to working remotely from home to comply with State and County health orders.

   c. I am lead trial counsel in multiple pending business interruption cases including this State Farm case before Judge Gilliam and the State Farm matter (Trinh Matter) before Judge Freeman. I am now unfortunately and coincidentally now also dealing with an intensively personal, urgent family health situation where a very ill elderly immediate family member is currently being hospitalized, and is scheduled to be discharged on Monday, August 10th, 2020, the same date of the Opposition Brief filing deadline. I am the DPOA, Co-Trustee, and responsible family member for this elderly patient and will be required to coordinate intensive discharge planning, family meetings, etc. during this time period.

   d. I am also scheduled to defend a long awaited noticed deposition of a critical witness on another matter for Monday, August 10th, 2020, on the day the Opposition Brief is due, in a matter that has been delayed going to trial, is due to go to trial later in the year, and where the deposition has been set for some time.

11. Given the reasons stated above, the Parties have stipulated to and request of the Court an order authorizing the following:

   a. Defendant to renotice the hearing for the pending motion to dismiss on November 12, 2020 at 2:00PM which appears open on the Court's calendar or a later date.

   b. We are requesting that the Court approve a scheduling order for a revised briefing schedule as follows:

      i. that Plaintiff's time to oppose Defendants' motion to dismiss is extended up to and including September 21st, 2020; and

      ii. Defendants' time to reply in support of their motion to dismiss is extended up to and including October 13th, 2020.

  i. To the best of my knowledge, this new scheduling order does not alter any other date, or any event or deadline already fixed by Court order or rule. Counselor Singh has obtained similar stipulations approved by other Courts in the following matters:

1. *Karen Trinh, DDS., Inc. v. State Farm General Insurance Company*, Case No. 5:20-cv-04265-BLF;
2. *Founder Institute Incorporated v. Hartford Fire Insurance Company, et al.*, Case No. 3:20-cv-04466-VC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

This declaration was executed this 5th Day of August 2020 in San Mateo, California.

                                                  /s/ Sanjiv N. Singh
                                                  Sanjiv N. Singh