SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HealthNOW Medical Center, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF REQUESTING COURT FOR EXTENSION ON BRIEFING SCHEDULE PURSUANT TO CIVIL L. R. 7-11 AND L.R. 6-3**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Upon review of Plaintiff's Unopposed Administrative Motion, and good cause showing therefor, it is hereby ordered that Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) and the respective briefing schedule is set as follows:

Defendant will renotice or has already renoticed the hearing for the pending motion to dismiss on November 12, 2020 at 2:00PM which appears open on the Court's calendar;

Plaintiff's Opposition Brief is due on September 21st, 2020;

Defendant's Reply Brief is due on October 13th, 2020.

DATED: _____                    _____
                                      The Honorable Haywood S. Gilliam Jr.
                                      United States District Judge

ORDER GRANTING PLAINTIFF'S UNOPPOSED EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF REQUESTING COURT FOR EXTENSION ON BRIEFING SCHEDULE PURSUANT TO CIVIL L. R. 7-11 AND L.R. 6-3
- 2 -