SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HealthNOW Medical Center, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>**ORDER AS MODIFIED GRANTING PLAINTIFF'S UNOPPOSED EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF REQUESTING COURT FOR EXTENSION ON BRIEFING SCHEDULE PURSUANT TO CIVIL L. R. 7-11 AND L.R. 6-3**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Upon review of Plaintiff's Unopposed Administrative Motion, and good cause showing therefor, it is hereby ordered that Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) and the respective briefing schedule is set as follows:

ORDER AS MODIFIED GRANTING PLAINTIFF'S UNOPPOSED EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF REQUESTING COURT FOR EXTENSION ON BRIEFING SCHEDULE PURSUANT TO CIVIL L. R. 7-11 AND L.R. 6-3

- 1 -

1  Defendant will renotice or has already renoticed the hearing for the pending motion to
2  dismiss on November 12, 2020, at 2:00PM which appears open on the Court's calendar;
3  Plaintiff's Opposition Brief is due on September 21st, 2020; and
4  Defendant's Reply Brief is due on October 13th, 2020.
5  The Court understands that prior to filing this emergency administrative motion,
6  Plaintiff's counsel called and spoke discourteously to this Court's Courtroom Deputy.  **This is**
7  **completely unacceptable.**  The Court reminds the parties that they are to conduct themselves
8  with the highest level of decorum and respect for <u>all</u> Court staff, <u>at all times</u>, and the Court will
9  not tolerate unprofessional behavior, period.  The Court will reinforce this point with counsel
10 at the next hearing to be sure there is no confusion.
11 **IT IS SO ORDERED.**

DATED: August 6, 2020

_Haywood S. Gilliam Jr._
The Honorable Haywood S. Gilliam, Jr.
United States District Judge