1 SANDRA E. STONE (SBN 161267)
sstone@plawp.com
2 PACIFIC LAW PARTNERS, LLP
2000 Powell Street, Suite 950
3 Emeryville, CA 94608
Tel: (510) 841-7777
4 Fax: (510) 841-7776

5 DOUGLAS W. DUNHAM (pro hac vice forthcoming)
douglas.dunham@dechert.com
6 BERT WOLFF (pro hac vice forthcoming)
bert.wolff@dechert.com
7 DECHERT LLP
Three Bryant Park
8 1095 Avenue of the Americas
New York, NY 10036
9 Tel: (212) 698-3500

10 Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY
11

12            IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 HEALTHNOW MEDICAL CENTER INC., a California Corporation, | Case No.: 4:20-cv-04340-HSG |
| 16 | |
| 17 Plaintiff, | **STIPULATED REQUEST FOR ORDER ALLOWING FILING OF AMENDED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, CONSISTENT WITH APPROVED BRIEFING SCHEDULE**; ORDER (as modified) |
| 18 vs. | |
| 19 STATE FARM GENERAL INSURANCE COMPANY; an Illinois corporation doing business in California, and DOES 1 through 50, inclusive. | |
| 20 | |
| 21 | Date: November 12, 2020<br>Time: 2:00 p.m. |
| 22 Defendants. | Location: 1301 Clay Street<br>Oakland, CA 94612<br>Courtroom 2 – 4th Floor |
| 23 | Judge: Hon. Haywood S. Gilliam, Jr. |
| 24 | |

25

26       Plaintiff HealthNOW Medical Center, Inc. ("Plaintiff") and defendant State

27 Farm General Insurance Company ("State Farm") hereby stipulate and jointly

28 request that the Court enter an Order:

1  a) Permitting State Farm to file the proposed Amended Motion to Dismiss
2 Plaintiff's Complaint, pursuant to FRCP 12(b)(6), attached hereto as Exhibit A to
3 the Declaration of Sandra E. Stone.  The reasons for this request are set forth in
4 Ms. Stone's Declaration.

5  b) Deem the Amended Motion filed with the noticed hearing date of
6 November 12, 2020, pursuant to the Court's August 6, 2020 Notice Resetting
7 Motion Hearing.  (Dkt. #20.)

8  The Parties stipulate and agree that the briefing schedule to oppose and
9 reply for the amended motion will remain as ordered by the Court on August 6,
10 2020.  (Dkt. #20.)

**IT IS SO STIPULATED.**

DATED:  August 13, 2020              PACIFIC LAW PARTNERS, LLP

                                     By: /s/ *Sandra E. Stone*
                                         Sandra E. Stone

                                     Attorneys for Defendant
                                     STATE FARM GENERAL INSURANCE
                                     COMPANY

DATED:  August 13, 2020              SANJIV N. SINGH, A PROFESSIONAL
                                     LAW CORPORATION

                                     By: /s/ *Sanjiv N. Singh*
                                         Sanjiv N. Singh
                                         Attorneys for Plaintiff HealthNOW Medical
                                         Center Inc.

### ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, Sandra E. Stone, have obtained concurrence in the filing of this document from the other signatory listed here.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED except that counsel must e-file the amended motion with the noticed hearing date of November 12, 2020, pursuant to the Court's August 6, 2020 Notice Resetting Motion Hearing. (Dkt. #20.)

Dated: 8/14/2020

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge