SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HealthNOW Medical Center, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>**STIPULATION TO PERMIT AMENDING OF COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(A)(2) AND REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2**; ORDER<br><br>Hearing Date: Nov. 12, 2020<br>Time: 2:00 PM<br>Judge: Hon. Haywood S. Gilliam, Jr. |

    Pursuant to Rule 15(a)(2), the parties stipulate to permitting Plaintiff HealthNOW Medical Center, Inc. ("Plaintiff") to amend the First Amended Complaint currently on record

by no later than August 24th, 2020 and to denominate said amendment as the "First Amended Complaint." Pursuant to Civil L.R. 6-2, Plaintiff and Defendant State Farm General Insurance Company ("State Farm") hereby further stipulate and jointly request that the Court enter an Order permitting a modestly modified briefing schedule for State Farm's response, **which does not change the Opposition Brief deadline, Reply Brief deadline, or Hearing Date.**

As such, the parties hereby stipulate and agree as follows:

WHEREAS, State Farm filed a Notice of Removal to the Northern District of California on June 29, 2020 (ECF Docket No.1);

WHEREAS, State Farm's motion to dismiss was filed and re-noticed with briefing schedule approved by the court as follows: Plaintiff's Opposition brief due by September 21st, 2020, and State Farm's Reply Brief due no later than October 13th, 2020, and hearing set for November 12, 2020 (ECF Docket No. 20);

WHEREAS, on August 13, 2020, the Parties agreed and stipulated to request the Court to allow State Farm to amend its motion to dismiss in order to comply with Local Rules and the Standing Order of the Court, as well as to update the brief with recent related case developments in other jurisdictions. (ECF Docket No. 21 and No. 22);

WHEREAS, on August 14, 2020, Plaintiff notified State Farm that due to additional publicly available evidence regarding the spread and transmission of COVID-19 and due to recent opinions issued by other federal courts just in the last week, Plaintiff would like to amend the Complaint and Plaintiff further agrees that any further amendment would be only with leave of Court for good cause;

WHEREAS, the interests of justice and judicial efficiency will be furthered by allowing an extended briefing schedule following the stipulation to amend the Complaint, especially in light of allowing the Parties to (1) incorporate recent case developments that are favorable to their respective sides, and (2) incorporate recent factual developments surrounding COVID-19

1  that will significantly impact the pleading of loss or damage caused by COVID-19 and how
2  these issues will be argued in the 12(b)(6) motion briefing;
3      NOW, THEREFORE, the Parties, by and through their respective undersigned counsel,
4  hereby stipulate to the following schedule for amending the FAC and responsive pleading
5  briefing thereafter:

| BRIEFING DEADLINE | CURRENT DEADLINE | PROPOSED STIPULATED DUE DATE |
|---|---|---|
| Plaintiff's First Amended Complaint (FAC) | N/A | August 24, 2020 |
| Defendant's Response to FAC | N/A | September 5th, 2020 |
| Plaintiff's Opposition Brief | September 21st, 2020 | September 21st, 2020 |
| Defendant's Reply Brief | October 13th, 2020 | October 13th, 2020 |
| Motion Hearing Date | November 12th, 2020 | November 12th, 2020 |

    The reasons for the request are set forth in the attached Declaration of Michael Indrajana.

    Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED:  August 19, 2020        PACIFIC LAW PARTNERS, LLP

                                     By: /s/ Sandra E. Stone
                                          Sandra E. Stone

*Counsel for Defendant,*
STATE FARM GENERAL INSURANCE COMPANY

| | |
|---|---|
| DATED:  August 19, 2020 | SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION COMPANY |
| | |
| | By: /s/ Sanjiv N. Singh |
| |       Sanjiv N. Singh |
| | |
| | INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION |
| | |
| | By: /s/ Michael B. Indrajana |
| |       Michael B. Indrajana |
| | |
| | *Counsel for Plaintiff,* HEALTHNOW MEDICAL CENTER, INC. |

- 4 -
STIPULATION TO PERMIT AMENDING OF COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(A)(2) AND REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2
CASE NO.: 4:20-CV-04340-HSG

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: __8/20/2020__

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam Jr.
United States District Judge