1  SANDRA E. STONE (SBN 161267)
   sstone@plawp.com
2  PACIFIC LAW PARTNERS, LLP
   2000 Powell Street, Suite 950
3  Emeryville, CA 94608
   Tel:  (510) 841-7777
4  Fax: (510) 841-7776

5  DOUGLAS W. DUNHAM (pro hac vice forthcoming)
   douglas.dunham@dechert.com
6  BERT WOLFF (pro hac vice forthcoming)
   bert.wolff@dechert.com
7  DECHERT LLP
   Three Bryant Park
8  1095 Avenue of the Americas
   New York, NY 10036
9  Tel:  (212) 698-3500

10 Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | HEALTHNOW MEDICAL CENTER INC., a California Corporation, | ) ) | Case No.: 4:20-cv-04340-HSG |
|---|---|---|---|
| 16 | | ) ) | |
| 17 | Plaintiff, | ) ) ) | **JOINT STIPULATION AND ORDER CONTINUING SEPTEMBER 29, 2020 CASE MANAGEMENT CONFERENCE** |
| 18 | vs. | ) ) | |
| 19 | STATE FARM GENERAL INSURANCE COMPANY; an Illinois corporation doing business in California, and DOES 1 through 50, inclusive. | ) ) ) ) | **(as modified)** |
| 20 | | ) | |
| 21 | | ) ) | Date:      September 29, 2020
Time:      2:00 p.m. |
| 22 | Defendants. | ) ) | Location:  1301 Clay Street
            Oakland, CA 94612
            Courtroom 2 – 4th Floor |
| 23 | | ) ) | Judge:    Hon. Haywood S. Gilliam, Jr. |
| 24 | | ) ) | |
| 25 | | | |

26 / / /

27 / / /

28 / / /

---

Case No.: 4:20-cv-04340-HSG           1           Jt. Stipulation and Order to
                                                  Continue CMC

1   Plaintiff HealthNOW Medical Center, Inc. ("Plaintiff" or "HealthNOW") and defendant State Farm General Insurance Company ("Defendant" or "State Farm") hereby stipulate and jointly request that the Court enter an Order:

 1. State Farm had filed a Motion to Dismiss for Failure to State a Claim pursuant to F.R.C.P. 12(b)(6) in response to Plaintiff's Complaint. (Dkt. #21).

 2. On August 24, 2020, Plaintiff filed an amended complaint pursuant to stipulation and order. (Dkt. #25.)

 3. State Farm is reviewing the amended complaint and anticipates filing a renewed Motion to Dismiss. State Farm's response must be filed by September 5, 2020. (Dkt. #24.)

 4. The hearing on any renewed motion to dismiss is set for November 12, 2020. (Dkt. #24.) That hearing could result in the dismissal of the complaint.

 5. Because these issues could implicate matters that would be discussed at the case management conference, State Farm believes there is good cause to reschedule it for after they are resolved, and Plaintiff HealthNOW is not opposed to this.

 6. State Farm respectfully submits that there is good cause to postpone the case management conference until 2:00 p.m. on December 1, 2020 or as soon thereafter as the Court is available, and Plaintiff HealthNOW is not opposed to this.

**IT IS SO STIPULATED.**

DATED: August 28, 2020                    PACIFIC LAW PARTNERS, LLP

                                          By: /s/ *Sandra E. Stone*
                                          Sandra E. Stone

                                          Attorneys for Defendant
                                          STATE FARM GENERAL INSURANCE COMPANY

/ / /

Pacific Law Partners, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

| | | |
|---|---|---|
| DATED: August 28, 2020 | | SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION |
| | By: | /s/ *Sanjiv N. Singh* |
| | | Sanjiv N. Singh<br>Attorneys for Plaintiff HEALTHNOW MEDICAL CENTER INC. |

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Sandra E. Stone, have obtained concurrence in the filing of this document from the other signatory listed here.

| | | |
|---|---|---|
| DATED: August 28, 2020 | | PACIFIC LAW PARTNERS, LLP |
| | By: | /s/ *Sandra E. Stone* |
| | | Sandra E. Stone |
| | | Attorneys for Defendant<br>STATE FARM GENERAL INSURANCE COMPANY |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED except the initial case management conference is continued to November 12, 2020 at 2:00 p.m.

Dated: 8/31/2020

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge