UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEALTHNOW MEDICAL CENTER, INC.**, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>**STATE FARM GENERAL INSURANCE COMPANY**, an Illinois Corporation doing business in California; AND DOES 1 TO 50, INCLUSIVE.<br><br>　　　　　　Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>**[PROPOSED] ORDER DENYING DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**[Fed. R. Civ. Pro. 12(b)(6)]**<br><br>Date:　　　　November 12, 2020<br>Time:　　　　2:00 P.M.<br>Location:　　1301 Clay Street<br>　　　　　　　Oakland, CA 94612<br>　　　　　　　Courtroom 2 – 4th floor<br>Judge:　　　Haywood S. Gilliam, Jr. |

**[PROPOSED] ORDER**

On November 12th, 2020, at 2:00 PM, Defendant State Farm General Insurance Company ("State Farm") Motion to Dismiss the Second Amended Complaint for Plaintiff HealthNOW Medical Center Inc. ("HealthNOW") came on for hearing before this Court. Having considered the papers submitted, all evidence in support of and in opposition to the Motion to Dismiss, any papers filed in reply, the arguments of counsel, and good cause appearing, the Court hereby orders that State Farm's Motion to Dismiss is:

☐ **DENIED IN ITS ENTIRETY.**

☐ **DENIED AS TO COUNT(S)_____, GRANTED AS TO COUNT(S)_____ WITHOUT PREJUDICE WITH LEAVE TO AMEND.**

Plaintiff will have until _____ to file the Amended Complaint.

IT IS SO ORDERED.

DATED:

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE