SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HEALTHNOW MEDICAL CENTER INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY; an Illinois corporation doing business in California, and DOES 1 through 50, inclusive. <br><br> Defendants. | Case No.: 4:20-cv-04340-HSG <br><br> RESPONSE TO ORDER TO SHOW CAUSE (DKT. No. 44) |

**RESPONSE TO ORDER TO SHOW CAUSE**

In response to the Order to Show Cause (Dkt. No. 44) issued on December 29, 2020, Plaintiff and Plaintiff's counsel respond as follows:

1. Plaintiff and Plaintiff's counsel apologize to the court for the procedural mistake.
2. Plaintiff confirms that it does not wish to amend the complaint in view of the fact that the Court stated that it felt the complaint could not be amended and cautioned Plaintiff with a mention of Rule 11 sanctions when it granted leave to amend. While Plaintiff does not agree with the Court's analysis, Plaintiff respects the Court for its view, does not wish to draw sanctions, and does not wish to delay the inevitable—which in this case is to appeal.
3. As such, Plaintiff is confirming that it declines to amend the complaint and seeks dismissal with prejudice to enable an immediate appeal.

Respectfully submitted,

DATED:  December 29, 2020        SANJIV N. SINGH, A PROFESSIONAL
                                 LAW CORPORATION

                                 /s/ *Sanjiv N. Singh*
                          By:   _____
                                 Sanjiv N. Singh
                                 Attorneys for Plaintiff HEALTHNOW
                                 MEDICAL CENTER INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on December 29, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

DATED:  December 29, 2020                SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

By: */s/ Sanjiv N. Singh*
Sanjiv N. Singh
Attorneys for Plaintiff HEALTHNOW MEDICAL CENTER INC.