UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER, INC,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE CO.,<br><br>Defendant. | Case No. 20-cv-04340-HSG<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On December 10, 2020, the Court granted Defendant State Farm General Insurance Co.'s motion to dismiss Plaintiff HealthNOW Medical Center, Inc.'s second amended complaint, but granted Plaintiff leave to amend the complaint. Dkt. No. 40. Plaintiff has since confirmed that it declines to amend and will instead stand on the pleadings. *See* Dkt. No 45. The Court therefore **DISMISSES** the case with prejudice. The Court further **DISCHARGES** the order to show cause. Dkt. No. 44. The Clerk is directed to enter judgment in favor of Defendants and to close the case.

**IT IS SO ORDERED.**

Dated: 12/20/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge