SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff HEALTHNOW MEDICAL CENTER INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY; an Illinois corporation doing business in California, and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: 4:20-cv-04340-HSG<br><br>PLAINTIFF HEALTHNOW MEDICAL CENTER INC.'S NOTICE OF APPEAL |

| | |
|---|---|
| 1 | |
| 2 | **NOTICE OF APPEAL** |
| 3 | Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 3(a) and Rule 4, |
| 4 | Plaintiff HealthNow Medical Center Inc., Plaintiff in the above named case, hereby appeals to |
| 5 | the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting |
| 6 | Motion to Dismiss (Dkt. No. 40) where the Court granted Defendant State Farm General |
| 7 | Insurance Company's motion to dismiss (Dkt. No. 28) without oral argument, and the subsequent |
| 8 | Order to Dismiss with Prejudice issued by the Court (Dkt. No. 46). (Plaintiff recognizes that |
| 9 | there is a procedural irregularity given that: (i) the first Notice of Appeal was filed in error due |
| 10 | to the fact that the initial Order Granting Motion to Dismiss was issued with leave to amend, and |
| 11 | (ii) Plaintiff remedied the error by following the Court's instructions to file a request for |
| 12 | dismissal with prejudice. Plaintiff inquired with the Court of Appeals as to how to remedy the |
| 13 | error administratively since an appellate case number was already generated—no answer has |
| 14 | been ascertained at this time, but Plaintiff will await the assignment of an appellate number for |
| 15 | this Notice and take appropriate further corrective action as needed.) |

DATED: January 8, 2021　　　　SANJIV N. SINGH, A PROFESSIONAL
　　　　　　　　　　　　　　　　　　LAW CORPORATION

　　　　　　　　　　　　　　　　　　/s/ *Sanjiv N. Singh*
　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Sanjiv N. Singh
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff HEALTHNOW
　　　　　　　　　　　　　　　　　　MEDICAL CENTER INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on December 24, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

DATED: January 8, 2021         SANJIV N. SINGH, A PROFESSIONAL
                               LAW CORPORATION

                               By: /s/ *Sanjiv N. Singh*
                               ─────────────────────────────
                               Sanjiv N. Singh
                               Attorneys for Plaintiff HEALTHNOW
                               MEDICAL CENTER INC.