|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 26 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HEALTHNOW MEDICAL CENTER, INC., a California Corporation,<br><br>                Plaintiff-Appellant,<br><br> v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>                Defendant-Appellee. | No.   21-15054<br><br>D.C. No. 4:20-cv-04340-HSG<br>Northern District of California, Oakland<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 25) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                              FOR THE COURT:

                              By: Robert S. Kaiser<br>
                              Circuit Mediator